UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICARDO WALKER,

          Plaintiff,

    -against-

25 W. HUBBARD, INC.,

          Defendant.

Case No.: 1:19-cv-5279

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, RICARDO WALKER, are hereby dismissed without prejudice, in their entirety, as against Defendant, 25 W. HUBBARD, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 27, 2019
       New York, New York

                                                              */s/ C.K. Lee*
                                                              C.K. Lee, Esq.
                                                              Lee Litigation Group, PLLC
                                                              148 West 24th Street, Eighth Floor
                                                              New York, NY 10011
                                                               Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.